IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Clay, Debra

Printed: 9/3/08

Case Number: 08 B 09785
Judge: Hollis, Pamela S
Filed: 4/21/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: July 21, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Santander Consumer USA | Secured | 5,000.00 | 0.00 |
| 2. | EMC Mortgage Corporation | Secured | 30,274.66 | 0.00 |
| 3. | EMC Mortgage Corporation | Unsecured | 0.00 | 0.00 |
| 4. | Jefferson Capital Systems LLC | Unsecured | 32.02 | 0.00 |
| 5. | Cavalry Portfolio Services | Unsecured | 1,041.26 | 0.00 |
| 6. | Galway Financial Service | Unsecured | 27.53 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 26.03 | 0.00 |
| 8. | Santander Consumer USA | Unsecured | 951.23 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 691.05 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 58.12 | 0.00 |
| 11. | Jefferson Capital Systems LLC | Unsecured | 105.43 | 0.00 |
| 12. | Cook County Comptroller | Unsecured | | No Claim Filed |
| 13. | Armor Systems Co | Unsecured | | No Claim Filed |
| 14. | Armor Systems Co | Unsecured | | No Claim Filed |
| 15. | Credit Management Service | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 17. | Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| 18. | Pediatric Associates | Unsecured | | No Claim Filed |
| 19. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 20. | Cook County Comptroller | Unsecured | | No Claim Filed |
| 21. | Advocate Christ Medical Center | Unsecured | | No Claim Filed |
| | | | $ 38,207.33 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Clay, Debra

Printed: 9/3/08

Case Number: 08 B 09785
Judge: Hollis, Pamela S
Filed: 4/21/08

TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | __________ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

